From:   The District Court of the Fourth Judicial District. County of Missoula.
STATE OF MONTANA, Plaintiff, vs. DANIEL LOPEZ, Defendant.
NO. 3641

### DECISION

The application of the above-named defendant for review of the sentence of 20 years with 47 days jail time credit for Rape, imposed on January 23, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

The reason for the above decision is that the sentence appears to be reasonable. The sentencing judge could have sentenced anything up to natural lif on this crime. This crime was a forceable rape, the abduction occurring at knife point.

We thank Jack Morton, Esq., of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 9th day of July, 1970.
            SENTENCE REVIEW DIVISION
     Paul G. Hatfield, Chairman; Jack D. Shanstrom, Sid G. Stewart.

From:   The District Court of the Eleventh Judicial District. County of Flathead.
STATE OF MONTANA, Plaintiff, vs. ALLISON W. HAWKINS, Defendant.
NO. 2865

### DECISION

The application of the above-named defendant for review of the sentence of 4 years for Uttering and Delivering a Fraudulent Check imposed on March 25, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This sentence was imposed after the revocation of a deferred sentence, and, therefore, the sentence of four years seems reasonable under the total circumstances of this case.

We thank Richard Llewellyn, Esq., of the Montana Defender Project for his assistance to the defendant and this Court.

DATED this 9th day of July, 1970.
            SENTENCE REVIEW DIVISION
     Paul G. Hatfield, Chairman; Jack D. Shanstrom, Sid G. Stewart.

From:   The District Court of the Eighth Judicial District. County of Cascade.
STATE OF MONTANA, Plaintiff, vs. JOHN HAYNIE, JR., Defendant.
NO. 5932-B

### DECISION

The application of the above-named defendant for review of the sentence of 6 years with the last 2 years suspended for Assault Second Degree, imposed on April 7th, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This man has two prior incarcerations plus other arrests. Therefore the sentence appears to be more than reasonable considering the Assault charge was the result of his conduct toward an eleven year old girl.

DATED this 9th day of July, 1970.
            SENTENCE REVIEW DIVISION
     Jack D. Shanstrom, Chairman; Sid G. Stewart, Lester H. Loble.